

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>vs.<br><br>WILLIAM MICHAEL HOWARD ,<br>aka WILLIAM HOWARD<br>                Defendant. | CASE NO. 14-cr-00617-WQH<br><br>**JUDGMENT OF DISMISSAL** |

      IT APPEARING that the defendant is now entitled to be discharged for the reason that:

_X_  an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

___  the Court has dismissed the case for unnecessary delay; or

___  the Court has granted the motion of the Government for dismissal, without prejudice; or

___  the Court has granted the motion of the defendant for a judgment of acquittal; or

___  a jury has been waived, and the Court has found the defendant not guilty; or

___  the jury has returned its verdict, finding the defendant not guilty;

_X_  of the offense(s) as charged in the Indictment/Information:

      18:2251(a) - Sexual Exploitation of a Minor (1)

      IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: 6/2/14

                                            Jill L. Burkhardt
                                            U.S. Magistrate Judge